IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELISSA AMEN, Individually and on behalf of her minor child, K.L.A., | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3216 |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for extension of time (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until July 13, 2011, to file his brief.

DATED this 3rd day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court