IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELISSA AMEN, Individually and on behalf of her minor child, K.L.A., | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3216 |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court in preparation for its request to the Nebraska Supreme Court under Nebraska Revised Statute § 24-219 (Reissue 2008), asking the Nebraska Supreme Court to exercise its discretion to answer a certified question of Nebraska law which may resolve the above-captioned case. Plaintiff Melissa Amen will pay the docketing fee associated with submission of the question to the Nebraska Supreme Court.  Once plaintiff has paid the appropriate docketing fee to the Nebraska Supreme Court, she will notify this Court.  After receiving notification, the Clerk of this Court will transfer the certified question to the Nebraska Supreme Court.  An unsigned copy of the certified question that will be submitted is attached hereto. Accordingly,

IT IS ORDERED:

1) On or before November 21, 2011, plaintiff will pay the docketing fee of $125.00 to the Nebraska Supreme Court consistent with Nebraska Revised Statutes and the rules of the Nebraska Supreme Court;

2) Upon paying the docketing fee to the Nebraska Supreme Court, plaintiff will file a notification with this Court that the docketing fee has been paid; and

3) Upon notice from plaintiff that the docketing fee has been paid in full to the Nebraska Supreme Court, the Clerk of this Court is directed to forward the following documents to the Nebraska Supreme Court:

    a. The original certification request under this Court's official seal in accordance with Nebraska Revised Statute § 24-222 (Reissue 2008), and

    b. Seven certified copies of the signed original certification request.

DATED this 14th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court