IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELISSA AMEN, Individually and on behalf of her minor child, K.L.A., | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3216 |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | SHOW CAUSE ORDER |
| Defendant. | ) ) | |

　　　　This matter is before the Court after the Supreme Court of the State of Nebraska answered a certified question concerning whether or not a child conceived after the death of the father could inherit, and the answer was "no."  Therefore,

　　　　IT IS ORDERED that plaintiff shall show cause, in writing, on or before January 4, 2013, why this action should not be dismissed.

　　　　DATED this 11th day of December, 2012.

　　　　　　　　BY THE COURT:

　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　_____
　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　United States District Court