IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELISSA AMEN, Individually and on behalf of her minor child, K.L.A., | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3216 |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for leave to file a response to plaintiffs' show cause submission (Filing No. 39). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Defendant shall have until January 15, 2013, to file a response to plaintiff's show cause submission.

DATED this 9th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court